Opinion issued February 4, 2020



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00923-CV

_____

### SEALY EMERGENCY ROOM, LLC AND CHAETHANA YALAMANCHILI, M.D., Appellants

### V.

### SUSAN BROWN LESCHPER, AS JOINT MANAGING CONSERVATOR OF CHRISITAN CARL GAITAN, MINOR CHILD, Appellee

---

On Appeal from the 155th District Court
Austin County, Texas
Trial Court Case No. 2017V-0028

---

## MEMORANDUM OPINION

Appellants, Sealy Emergency Room, LLC and Chaethana Yalamanchili, M.D., have filed a petition for permissive appeal seeking to challenge an interlocutory order denying their traditional and no-evidence motions for summary

judgment in favor of appellee, Susan Brown Leschper, as Joint Managing Conservator of Christian Carl Gaitan, Minor Child.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); TEX. R. APP. P. 28.3. To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation."  TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168.  Because we conclude that the petition fails to establish each requirement of Rule 28.3(3)(e)(4), we deny the petition for permissive appeal.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Justice Keyes dissenting without opinion.